# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAMES PAUL COLLINS

NO. 2024 KW 0896

**DECEMBER 4, 2024**

---

In Re:   James Paul Collins, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, Nos. 266563, 278881.

---

**BEFORE:   WOLFE, MILLER, AND GREENE, JJ.**

**WRIT DENIED.** The district court did not abuse its discretion in denying the application for postconviction relief. Relator failed to establish that relief should be granted. See La. Code Crim. P. arts 930.2 & 930.8.

**EW**
**SMM**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT